# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAW *et al.*<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE, INC.<br><br>　　　　　　Defendants. | Case No. 5:18-cv-02458-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

On this day, Plaintiffs VENSON M. SHAW AND STEVEN M. SHAW and Defendant APPLE INC., announced to the Court that they have settled their respective claims for relief asserted in this cause of action. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against APPLE INC. by VENSON M. SHAW AND STEVEN M. SHAW herein are dismissed, with prejudice, and all counterclaims for relief against VENSON M. SHAW AND STEVEN M. SHAW by APPLE INC. are dismissed with prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same. The United States District Court for the Northern District of California, San Jose Division, shall have continuing jurisdiction to enforce the payment terms of the settlement agreement dated March 15, 2019. The Clerk shall close the file.

Respectfully submitted,

PLAINTIFFS

By: _____
Venson M. Shaw

By: _____
Steven M. Shaw

LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP

By: _____
Orville R. Cockings (admitted *Pro Hac Vice*)
*Attorneys for Defendant Apple Inc.*

SO ORDERED:

Dated: March  19 , 2019

_____
Honorable Lucy H. Koh
United States District Judge

Case No. 5:18-cv-02458-LHK
JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE